# Court of Appeals
# of the State of Georgia

ATLANTA, October 29, 2021

*The Court of Appeals hereby passes the following order*

## A22D0101. RACHELLE HARRIS v. ATLANTIC 17TH RESIDENTIAL CONDOMINIUM ASSOCIATION, INC.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

21EV003125



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, October 29, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*, *Clerk.*